

FILED

SEP 0 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-MJ-147 EPG |
| | ) | |
| Plaintiff, | ) | ORDER TO |
| | ) | UNSEAL COMPLAINT |
| v. | ) | |
| | ) | |
| CARLOS MONTANO, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the motion by the United States, IT IS HEREBY

ORDERED that the Complaint filed on September 6, 2017 be unsealed and

become public record.

DATED: September 8, 2017

_____
Honorable ~~ERIC P. GROSJEAN~~ Shila K. Oberto
U.S. MAGISTRATE JUDGE