MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant/Petitioner,
GERRICK TRAVIS TYRELL FRANKLIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:17-CR-00198-LJO-SKO |
| Respondent/Plaintiff, | **DEFENDANT GERRICK TRAVIS TYRELL FRANKLIN'S NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO SEVER AND DISMISS FOR MULTIPLICITY AND ORDER and set CHANGE OF PLEA** |
| vs. | |
| **GERRICK TRAVIS TYRELL FRANKLIN** | |
| Petitioner/Defendant. | |
| | **Date: March 25, 2019** |
| | **Time: 1:30 p.m.** |
| | **Court: Hon. Lawrence J. O'Neill** |

**TO THE HONORABLE LAWRENCE J. O'NEILL, CHIEF JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, U.S. ATTORNEY McGREGOR SCOTT, ASSISTANT U.S. ATTORNEY JEFFREY SPIVAK, AND ASSISTANT U.S. ATTORNEY THOMAS M. NEWMAN, COUNSEL FOR THE PLAINTIFF:**

**NOTICE IS HEREBY GIVEN** that Defendant Gerrick Travis Tyrell Franklin, through his Attorney Michael W. Berdinella, does hereby move to withdraw his Motion to Sever and

Dismiss for Multiplicity (Document No. 301) that was filed on December 13, 2018 with this Court.

Counsel for Gerrick Travis Tyrell Franklin would request that the Motion to Sever and Dismiss for Multiplicity be Ordered withdrawn and removed from the Calendar of March 25, 2019.

RESPECTFULLY SUBMITTED,


Dated: March ___, 2019                           /s/
                                                 Michael W. Berdinella
                                                 Attorney for Gerrick Travis Tyrell Franklin


## ORDER

At the request of the Defendant Gerrick Travis Tyrell Franklin through his Attorney, Michael W. Berdinella, the Motion to Withdraw Motion to Sever and Dismiss for Multiplicity is GRANTED and is to be taken off calendar. Change of Plea set for March 25, 2019 at 1:30pm.

IT IS SO ORDERED.

Dated: **March 18, 2019**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE