McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MONTANO,<br>NICHOLAS BOLANOS,<br>ILDELFONSO SOTO,<br>MIGUEL MURRILLO,<br>ADOLFO JESUS MENDOZA,<br>GABRIEL GOMEZ, and<br>GERRICK TRAVIS TYRELL FRANKLIN,<br><br>Defendants. | No. 1:17-CR-00198-LJO-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreements entered into between United States of America and defendants Carlos Montano, Nicholas Bolanos, Ildelfonso Soto, Miguel Murrillo, Adolfo Jesus Mendoza, Gabriel Gomez, and Travis Tyrell Franklin it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), 2428, 21 U.S.C. § 853(a), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), defendants Carlos Montano, Nicholas Bolanos, Ildelfonso Soto, Miguel Murrillo, Adolfo Jesus Mendoza, Gabriel Gomez, and Gerrick Travis Tyrell Franklin's interest in the following property shall be condemned and forfeited to the

PRELIMINARY ORDER OF FORFEITURE         1

United States of America, to be disposed of according to law:

    a. 2009 Mercedes C63 AMG, License Plate 7PUN109, VIN: WDDGF77X49F321757;

    b. The following property seized from Carlos Montano: Smith & Wesson XD40 Pistol; Springfield Armory XD Pistol; and, any and all ammunition;

    c. The following property seized from Nicholas Bolanos: Apple iPhone 7, black and red in color and an insurance document;

    d. The following property seized from Ildelfonso Soto: Samsung cell phone, Apple iPhone IMEI: 013967008640356, and miscellaneous documents;

    e. The following property seized from Miguel Murrillo: Alcatel cell phone, four (5) ZTE cell phones, one Samsung and one Asus cell phone, Samsung Galaxy cell phone, three (3) LG and Samsung cell phones, Weighmax scale, Apple iPhone, Model A1633, Apple iPhone, Model A1784, a grill (dental implant), and miscellaneous documents;

    f. The following property in which Gabriel Gomez may have an interest: Ruger Mini 14 Rifle E, Glock 23 Pistol, AR-15 Style Pistol, Sig Sauer SP 2022 Pistol, Smith & Wesson SW40 VE Pistol, AR-15 Variant Rifle, and AR-15 parts;

2. Assets (a), (c), (e), and (f) are property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, or was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1). Assets (a) and (d) is property used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2421, or is property derived from proceeds the defendant obtained, directly or indirectly, as the result of such violation. Asset (b) constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1). Asset (e) is property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1951. Asset (f) is property involved in a violation of 26 U.S.C. § 5872.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service or the U.S. Customs and Border Protection in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), 2428, 21 U.S.C. § 853(a), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

6. Within 60 days of entry of this Preliminary Order of Forfeiture, the 2014 GMC Truck, License Plate Number 78450R1, shall be returned to defendant Carlos Melgar, Jr.

IT IS SO ORDERED.

Dated:   **April 1, 2019**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE