Michael W. Berdinella #085038
Law Offices of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: berdinellalaw@gmail.com

Attorney for Defendant
GERRICK TRAVIS TYRELL FRANKLIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERRICK TRAVIS TYRELL FRANKLIN,<br><br>　　　　Defendant | Case No.: 1:17CR00198-007<br><br>**ORDER FOR RELEASE AND TRANSPORTATION TO TEEN CHALLENGE** |

UPON GOOD CAUSE BEING SHOWN, it is hereby ordered that GERRICK TRAVIS TYRELL FRANKLIN, DOB 04/03/1990, Fresno County JID# 7029798, be released from the Fresno County Jail on Tuesday, June 18, 2019 at 8:30 a.m. to Attorney MICHAEL W. BERDINELLA or to ROBERT GONZALEZ, the Investigator for Attorney MICHAEL W. BERDINELLA, for transportation to Teen Challenge, 42675 Rd 44, Reedley, CA, 93654, Telephone (559) 387-5132, for admission into the rehabilitation program there.

　　　Upon completion of the one-year Teen Challenge Program, it is ordered that GERRICK TRAVIS TYRELL FRANKLIN return to this Court for Sentencing on June 29, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:　June 17, 2019　　　　　　　　/s/ Lawrence J. O'Neill　_____
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

ORDER FOR RELEASE AND TRANSPORTATION TO TEEN CHALLENGE - 1