PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00198-DAD-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JESUS MELGAREJO, JR., CARLOS MONTANO, GABRIEL GOMEZ, NICHOLAS BOLANOS, GERRICK TRAVIS, TYRELL FRANKLIN, ILDELFONSO SOTO, MIGUEL MURRILLO, ADOLFO JESUS MENDOZA, ROBIN GILL, and AMINA PADILLA, | |
| Defendants. | |

On January 3, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Jesus Melgarejo, Jr. forfeiting to the United States the following property:

   a.   A Llama .30 caliber pistol, bearing serial number C11740;

   b.   All magazines and ammunition seized in this case; and,

   c.   All other firearms, ammunition, or firearms parts seized in this case.

On April 2, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 924(d), 981(a)(1)(C), 2428, 21 U.S.C. § 853(a), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Carlos Montano, Nicholas Bolanos, Ildelfonso Soto, Miguel Murrillo, Adolfo Mendoza, Gabriel Gomez, and Gerrick Travis Tyrell Franklin forfeiting to the United States the following property:

a. 2009 Mercedes C63 AMG, License Plate 7PUN109, VIN: WDDGF77X49F321757;

b. The following property seized from Carlos Montano: Smith & Wesson XD40 Pistol; Springfield Armory XD Pistol; and any and all ammunition;

c. The following property seized from Nicholas Bolanos: Apple iPhone 7, black and red in color and an insurance document;

d. The following property seized from Ildelfonso Soto: Samsung cell phone, Apple iPhone IMEI: 013967008640356, and miscellaneous documents;

e. The following property seized from Miguel Murrillo: Alcatel cell phone, four (5) ZTE cell phones, one Samsung and one Asus cell phone, Samsung Galaxy cell phone, three (3) LG and Samsung cell phones, Weighmax scale, Apple iPhone, Model A1633, Apple iPhone, Model A1784, a grill (dental implant), and miscellaneous documents; and,

f. The following property in which Gabriel Gomez may have an interest: Ruger Mini 14 Rifle E, Glock 23 Pistol, AR-15 Style Pistol, Sig Sauer SP 2022 Pistol, Smith & Wesson SW40 VE Pistol, AR-15 Variant Rifle, and AR-15 parts.

On July 8, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Robin Gill and Amina Padilla forfeiting to the United States the following property:

a. Ruger Mini 14 Rifle E;

    b. Glock 23 Pistol;

    c. AR-15 Style Pistol;

    d. Sig Sauer SP 2022 Pistol;

    e. Smith & Wesson SW40 VE Pistol;

    f. AR-15 Variant Rifle;

    g. AR-15 parts;

    h. Digital scale;

    i. Any and all ammunition seized from defendant Robin Gill, in this case;

    j. Property seized from Amina Padilla, including, but not limited to an Apple MacBook Pro computer, Samsung cell phone, digital scale, glass object/pipe, notebook and miscellaneous documents.

  Beginning on April 10, 2019, and again on October 28, 2021, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

  The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture is entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), 2428, 21 U.S.C. § 853(a), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jesus Melgarejo, Jr., Carlos Montano, Nicholas Bolanos, Ildelfonso Soto, Miguel Murrillo, Adolfo Mendoza, Gabriel Gomez, Gerrick Travis Tyrell Franklin, Robin Gill and Amina Padilla.

  2. All right, title, and interest in the below-listed property shall vest solely in the name of the United States of America:

a. A Llama .30 caliber pistol, bearing serial number C11740;

b. All magazines and ammunition seized in this case;

c. All other firearms, ammunition, or firearms parts seized in this case;

d. 2009 Mercedes C63 AMG, License Plate 7PUN109, VIN: WDDGF77X49F321757;

e. The following property seized from Carlos Montano: Smith & Wesson XD40 Pistol; Springfield Armory XD Pistol; and any and all ammunition;

f. The following property seized from Nicholas Bolanos: Apple iPhone 7, black and red in color and an insurance document;

g. The following property seized from Ildelfonso Soto: Samsung cell phone, Apple iPhone IMEI: 013967008640356, and miscellaneous documents;

h. The following property seized from Miguel Murrillo: Alcatel cell phone, four (5) ZTE cell phones, one Samsung and one Asus cell phone, Samsung Galaxy cell phone, three (3) LG and Samsung cell phones, Weighmax scale, Apple iPhone, Model A1633, Apple iPhone, Model A1784, a grill (dental implant), and miscellaneous documents;

i. The following property in which Gabriel Gomez may have an interest: Ruger Mini 14 Rifle E, Glock 23 Pistol, AR-15 Style Pistol, Sig Sauer SP 2022 Pistol, Smith & Wesson SW40 VE Pistol, AR-15 Variant Rifle, and AR-15 parts;

j. Ruger Mini 14 Rifle E;

k. Glock 23 Pistol;

l. AR-15 Style Pistol;

m. Sig Sauer SP 2022 Pistol;

n. Smith & Wesson SW40 VE Pistol;

o. AR-15 Variant Rifle;

p. AR-15 parts;

q. Digital scale;

      r.    Any and all ammunition seized from defendant Robin Gill, in this case;

      s.    Property seized from Amina Padilla, including, but not limited to an Apple MacBook Pro computer, Samsung cell phone, digital scale, glass object/pipe, notebook and miscellaneous documents.

3.    The United States Marshals Service, Federal Bureau of Investigation, U.S. Customs and Border Protection, and/or Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 3, 2022**

_____
UNITED STATES DISTRICT JUDGE